374 A.2d 719

Hittner v. P. A. Radocy & Sons, Inc. (et al., Appellant).

Argued April 14, 1977. James P. McKenna, Jr., with him Dickie, McCamey & Chilcote, for appellant; Thomas Hollander, with him Evans, Ivory & Evans, for appellee.

Order affirmed.

PRICE, J., dissents.

VAN der VOORT, J., absent.